AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| TAYLOR BURNS | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 0:26-cv-60692-WPD | |
| SMOKE N MUNCHEEZ PLANTATION LLC | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SMOKE N MUNCHEEZ PLANTATION LLC
ATTN: KENNETH JOSEPH, REGISTERED AGENT
4630 NW 9TH COURT, SUITE 1
PLANTATION, FL 33317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Teri Guttman Valdes, Esquire
TERI GUTTMAN VALDES LLC
1501 VENERA AVENUE, SUITE 300
CORAL GABLES, FL 33146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 11, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Clifford Charles

Deputy Clerk
U.S. District Courts