UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60692-CIV-DIMITROULEAS

TAYLOR BURNS,

Plaintiff,

vs.

SMOKE N MUNCHEEZ PLANTATION LLC,
a Florida corporation,

Defendant.
_______________________________________/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES; GRANTING IN PART PLAINTIFF'S BILL OF COSTS**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 25], issued on October 15, 2026, and Plaintiff's Motion for Attorney Fees and Bill of Costs [DE's 18, 19]. The Court notes that no objections to the Report [DE 25] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 25] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 25] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 25] is hereby **ADOPTED** and **APPROVED**;
2. Plaintiff's Motion for Attorney Fees [DE 18] is **GRANTED**;
3. Plaintiff's Motion for Bill of Costs [DE 19] **GRANTED IN PART AND DENIED IN PART**;
4. Plaintiff is hereby awarded $5,400 in fees, as well as $470 in costs, for a total award of $5,870.
5. The Clerk shall **MAIL** a copy of this order to Defendant Smoke N Muncheez Plantation LLC at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 30th day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record